IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DYLAN D. PITTMAN,<br><br>        Defendant. | 8:12CR347<br><br>MEMORANDUM AND ORDER |

On March 18, 2013, the defendant's urine tested presumptively positive for methamphetamine. This test result was a false positive. Although the defendant did violate the conditions of his release by failing to submit a urine specimen on March 24, 2013, and has already entered a plea of guilty, upon weighing the circumstances, the court finds the defendant should be allowed to return to Houses of Hope. The government does not oppose this plan of action.

Accordingly,

IT IS ORDERED:

1) On April 3, 2013, the defendant shall be released to return to Houses of Hope pending his sentencing.

2) Upon his release, the defendant will again be subject to the terms and conditions of release imposed on January 19, 2013, (Filing No. 19).

April 2, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge