IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:12CR347** |
| vs. | |
| DYLAN D. PITTMAN, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed motion to continue sentencing date (filing 45) is granted.

2. Defendant Dylan D. Pittman's sentencing is continued to Tuesday, May 28, 2013, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 13th day of May, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge