IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DYLAN D. PITTMAN,

      Defendant.

8:12-CR-347


ORDER


This matter is before the Court on the defendant's Unopposed Motion to Continue Deadline for Self-Surrender (filing 63). The defendant's motion will be granted.

IT IS ORDERED:

1.    The defendant's Motion to defer self-surrender (filing 63) is granted.

2.    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 1:00 P.M. on October 28, 2013.

3.    The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 23rd day of August, 2013.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
United States District Judge