IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DYLAN D. PITTMAN,<br><br>    Defendant. | 8:12-CR-347<br><br>ORDER |

  This matter is before the Court on the defendant's Unopposed Motion to Continue Deadline for Self-Surrender (filing 65). The defendant's motion will be granted.

  IT IS ORDERED:

1. The defendant's Motion to defer self-surrender (filing 65) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 1:00 P.M. on December 18, 2013.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 22nd day of October, 2013.

            BY THE COURT:

            *John M. Gerrard*
            John M. Gerrard
            United States District Judge