IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DYLAN D. PITTMAN,<br><br>            Defendant. | **8:12CR347**<br><br>**ORDER** |

      The undersigned magistrate judge received an email from Defendant. That email was interpreted and filed as a motion for appointment of new counsel. (Filing No. 94). Upon review of Defendant's email motion, the court finds that none of his complaints provide a reasonable basis for terminating his current appointed counsel and appointing a new attorney.

      Accordingly,

      IT IS ORDERED that Defendant's motion for new counsel, (Filing No. 94), is denied without a hearing.

      Dated this 18th day of January, 2017

                                                                      BY THE COURT:

                                                                    *s/ Cheryl R. Zwart*
                                                                    United States Magistrate Judge