IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DYLAN D. PITTMAN,<br><br>                Defendant. | **8:12CR347**<br><br>**ORDER** |

IT IS ORDERED:

1)     Defendant's unopposed motion to modify conditions of release, (Filing No. 96), is granted.

2)     The Court's prior order, (Filing No. 93), is modified as follows: Upon Defendant's anticipated completion or discharge from treatment at The Bridge on February 1, 2017, Defendant shall transition to Houses of Hope in Lincoln, Nebraska.

3)     The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

January 31, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge