IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:12CR347** |
| vs. | |
| DYLAN D. PITTMAN, | **ORDER** |
| Defendant. | |

Based on Defendant's statements during the hearing held today,

Accordingly,

IT IS ORDERED that Defendant knowingly, freely and voluntarily waived his right to a preliminary hearing.

July 13, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge