# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                        8:12-CR-347

vs.                                                                  ORDER

DYLAN D. PITTMAN,

                    Defendant.

IT IS ORDERED:

1.      The plaintiff's Motion to Dismiss (filing 144) is granted.

2.      The petition for offender under supervision (filing 122) is dismissed.

3.      The October 19, 2018 hearing is cancelled.

Dated this 19th day of September, 2018.

                                        BY THE COURT:

                                        John M. Gerrard
                                        United States District Judge